**2013-1456. State v. Jenkins.**
Montgomery App. No. 25414, 2013-Ohio-3038. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in case No. 2012-2136, *State v. Taylor*, 9th Dist. Summit No. 26279, 2012-Ohio-5403.

**2013-1465. State v. Saunders.**
Fayette App. No. CA2012-03-006, 2013-Ohio-2052. On motion for delayed appeal. Motion denied.
LANZINGER, J., dissents.

**2013-1468. State v. Triplett.**
Stark App. No. 2012CA00200, 2013-Ohio-3114. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and O'DONNELL and French, JJ., dissent.

**2013-1501. State v. Rogers.**
Cuyahoga App. Nos. 98292, 98584, 98585, 98586, 98587, 98588, 98589, and 98590, 2013-Ohio-3235. On review of order certifying a conflict. The court determines that a conflict exists. The parties shall brief the issue stated at page 1 of the court of appeals' entry filed September 6, 2013, as follows:
"Whether an offender who receives, retains, or disposes of the property of two or more other persons in a single transaction may be convicted and sentenced for more than one count of receiving stolen property?"
O'DONNELL, LANZINGER, and KENNEDY, JJ., dissent.
The conflict case is *State v. Wilson*, 21 Ohio App.3d 171, 486 N.E.2d 1242 (9th Dist.1985).
It is further ordered by the court, sua sponte, that this cause is consolidated with Supreme Court case No. 2013-1255, *State v. Rogers*, and that the briefing in this case and in case No. 2013-1255 shall be consolidated. This case shall proceed pursuant to S.Ct.Prac.R. 16.05. The state is designated as appellant/cross-appellee and Frank Rogers Jr. is designated as appellee/cross-appellant. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. 16.05 and include both case numbers on the cover page of the briefs.

## APPEALS ACCEPTED FOR REVIEW

**2013-0781. State v. Castagnola.**
Summit App. Nos. 26185 and 26186, 2013-Ohio-1215.
O'CONNOR, C.J., and FRENCH, J., dissent.

**2013-0910. State v. Tate.**
Cuyahoga App. No. 97804, 2013-Ohio-570.
PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2013-0918. State v. Barclay.**
Franklin App. No. 12AP-926, 2013-Ohio-1681. Discretionary appeal accepted; cause held for the decision in case No. 2013-0403, *State v. Limoli*, 10th Dist. Franklin No. 11AP-924, 2012-Ohio-4502; and briefing stayed.
PFEIFER, J., dissents.

**2013-0984. Independence v. Office of Cuyahoga Cty. Executive.**
Cuyahoga App. No. 97167, 2013-Ohio-1336. Discretionary appeal accepted on proposition of law No. II.
KENNEDY, FRENCH, and O'NEILL, JJ., would also accept proposition of law Nos. I and III.
PFEIFER and LANZINGER, JJ., dissent and would not accept the appeal.

**2013-1043. Hill v. State.**
Franklin App. No. 12AP-635, 2013-Ohio-1968. Discretionary appeal accepted; cause held for the decision in case No. 2012-1727, *Mansaray v. State*, 8th Dist. Cuyahoga No. 98171, 2012-Ohio-3376.